MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
Sarah Zenewicz, Bar No. 258068
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001
eric.meckley@morganlewis.com
sarah.zenewicz@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Curie Lee, Bar No. 317476
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001
curie.lee@morganlewis.com

Attorneys for Defendant
ARAMARK CAMPUS LLC

*[Additional counsel listed on the following page]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA RENAISANCE HYPATIA BAZEMORE individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK CAMPUS LLC; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:25-CV-02826-DJC-CSK<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 28 DAYS**<br><br>**ORDER GRANTING FURTHER EXTENSION**<br><br>Complaint Filed:          August 5, 2025<br>Current Response Date: November 4, 2025<br>New Response Date:      December 2, 2025 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND TIME AND ORDER
Case No. 2:25-CV-02826-DJC-CSK

DB2/ 650963822.1

*Additional counsel continued.*

JAMES HAWKINS APLC
James R. Hawkins (#192925)
Gregory Mauro (#222239)
Michael Calvo (#314986)
Lauren Falk (#316893)
Ava Issary (#342252)
9880 Research Drive, Suite 200
Irvine, CA  92618
Phone: (949) 387-7200
Fax:     (949) 387-6676
James@jameshawkinsaplc.com
Greg@jameshawkinsaplc.com
Michael@jameshawkinsaplc.com
Lauren@jameshawkinsaplc.com
Ava@jameshawkinsaplc.com

Attorneys for Plaintiff
BARBARA RENAISANCE HYPATIA BAZEMORE

- 2 -    JOINT STIPULATION TO EXTEND TIME AND ORDER
Case No. 2:25-CV-02826-DJC-CSK

DB2/ 650963822.1

1    Plaintiff Barbara Renaisance Hypatia Bazemore ("Plaintiff") and Defendant Aramark Campus LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this stipulation.

WHEREAS, Plaintiff filed this action against Defendant on August 5, 2025, in Sacramento County Superior Court;

WHEREAS, Defendant timely removed the action to the Eastern District of California on September 30, 2025;

WHEREAS, Defendant's initial deadline to respond to the Complaint was October 7, 2025 (Fed. R. Civ. P. 81(c)(2)(C));

WHEREAS, on October 6, 2025, the Parties filed a Stipulation to Extend Time to Respond to Initial Complaint, agreeing to extend Defendant's time to answer or otherwise respond to the Complaint by 28 days in accordance with E.D. Cal L.R. 144(a), to November 4, 2025;

WHEREAS, the Parties' meet and confer remains ongoing and the Parties currently anticipate that Plaintiff will file a First Amended Complaint and therefore, to avoid unnecessary motion practice in response to the Complaint and to allow more time for Plaintiff to prepare a First Amended Complaint in response to a variety of issues raised by Defendant, the Parties agreed to further extend the deadline by an additional 28 days in accordance with E.D. Cal L.R. 144(a), to December 2, 2025, subject to the approval of the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, as follows:

Subject to the approval of the Court, the deadline for Defendant to respond to Plaintiff's Complaint shall be extended from November 4, 2025 to December 2, 2025.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 650963822.1

- 3 -    JOINT STIPULATION TO EXTEND TIME AND ORDER
Case No. 2:25-CV-02826-DJC-CSK

Dated: November 3, 2025                    JAMES HAWKINS APLC

                                          By: */s/ Lauren Falk*
                                                James R. Hawkins
                                                Gregory Mauro
                                                Michael Calvo
                                                Lauren Falk
                                                Ava Issary

                                                Attorneys for Plaintiff Barbara Renaisance
                                                Hypatia Bazemore


Dated: November 3, 2025                    MORGAN, LEWIS & BOCKIUS LLP

                                          By: */s/ Sarah Zenewicz*
                                                Eric Meckley
                                                Sarah Zenewicz
                                                Curie Lee

                                                Attorneys for Defendant
                                                Aramark Campus LLC


### Local Rule 131(e) Certification

Pursuant to Local Rule 131(e), I, Sarah Zenewicz, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 3, 2025                    MORGAN, LEWIS & BOCKIUS LLP

                                          By: */s/ Sarah Zenewicz*
                                                Sarah Zenewicz

                                                Attorney for Defendant
                                                Aramark Campus LLC

- 4 -   JOINT STIPULATION TO EXTEND TIME AND ORDER
Case No. 2:25-CV-02826-DJC-CSK

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 650963822.1

**ORDER**

Pursuant to the Parties' stipulation, Defendant's deadline to answer or otherwise respond to the Complaint is continued to December 2, 2025.

**IT IS SO ORDERED.**

Dated: November 3, 2025

/s/ Daniel J. Calabretta
Hon. Daniel J. Calabretta
United States District Court Judge

- 5 -   JOINT STIPULATION TO EXTEND TIME AND ORDER
Case No. 2:25-CV-02826-DJC-CSK
MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
DB2/ 650963822.1