1  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
2  Sarah Zenewicz, Bar No. 258068
   One Market
3  Spear Street Tower
   San Francisco, CA  94105-1596
4  Tel:    +1.415.442.1000
   Fax:    +1.415.442.1001
5  eric.meckley@morganlewis.com
   sarah.zenewicz@morganlewis.com
6
   MORGAN, LEWIS & BOCKIUS LLP
7  Curie Lee, Bar No. 317476
   1400 Page Mill Road
8  Palo Alto, CA  94304
   Tel:    +1.650.843.4000
9  Fax:    +1.650.843.4001
   curie.lee@morganlewis.com
10
   Attorneys for Defendant
11 ARAMARK CAMPUS LLC

12 *[Additional counsel listed on the following page]*

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 BARBARA RENAISANCE HYPATIA            Case No. 2:25-CV-02826-DJC-CSK
   BAZEMORE individually and on behalf of all
18 others similarly situated,             **JOINT STIPULATION TO EXTEND
                                          TIME TO RESPOND TO INITIAL
19                Plaintiff,              COMPLAINT BY AN ADDITIONAL 28
                                          DAYS**
20          vs.
                                          **ORDER GRANTING FURTHER
21 ARAMARK CAMPUS LLC; and DOES 1-50,     EXTENSION**
   inclusive,
22
                Defendant.                Complaint Filed:        August 5, 2025
23                                        Current Response Date: December 2, 2025
                                          New Response Date:      January 6, 2026
24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO

DB2/ 650963822.1                          Case No. 2:25-CV-02826-DJC-CSK
                 JOINT STIPULATION TO EXTEND TIME AND ORDER

*Additional counsel continued.*

JAMES HAWKINS APLC
James R. Hawkins (#192925)
Gregory Mauro (#222239)
Michael Calvo (#314986)
Lauren Falk (#316893)
Ava Issary (#342252)
9880 Research Drive, Suite 200
Irvine, CA  92618
Phone: (949) 387-7200
Fax:    (949) 387-6676
James@jameshawkinsaplc.com
Greg@jameshawkinsaplc.com
Michael@jameshawkinsaplc.com
Lauren@jameshawkinsaplc.com
Ava@jameshawkinsaplc.com

Attorneys for Plaintiff
BARBARA RENAISANCE HYPATIA BAZEMORE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 650963822.1

Case No. 2:25-CV-02826-DJC-CSK
JOINT STIPULATION TO EXTEND TIME AND ORDER

1    Plaintiff Barbara Renaisance Hypatia Bazemore ("Plaintiff") and Defendant Aramark

2  Campus LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned

3  counsel, respectfully submit this stipulation.

4    WHEREAS, Plaintiff filed this action against Defendant on August 5, 2025, in

5  Sacramento County Superior Court;

6    WHEREAS, Defendant timely removed the action to the Eastern District of

7  California on September 30, 2025;

8    WHEREAS, Defendant's initial deadline to respond to the Complaint was

9  October 7, 2025 (Fed. R. Civ. P. 81(c)(2)(C));

10    WHEREAS, on October 6, 2025, the Parties filed a Stipulation to Extend Time to

11  Respond to Initial Complaint, agreeing to extend Defendant's time to answer or otherwise

12  respond to the Complaint by 28 days in accordance with E.D. Cal L.R. 144(a), to November 4,

13  2025 (ECF 3);

14    WHEREAS, on November 3, 2025, the Parties filed a Joint Stipulation to Further

15  Extend Time to Respond to Initial Complaint, agreeing to further extend the deadline by an

16  additional 28 days in accordance with E.D. Cal L.R. 144(a), to December 2, 2025, due to the

17  Parties' ongoing meet-and-confer efforts regarding either Plaintiff's anticipated First Amended

18  Complaint or Defendant's Motion to Dismiss;

19    WHEREAS, the Parties continue to meet and confer and currently anticipate that

20  Plaintiff will file a First Amended Complaint.  Therefore, to avoid unnecessary motion practice

21  in response to the Complaint, to allow more time for Plaintiff to prepare a First Amended

22  Complaint in response to a variety of issues raised by Defendant or for Defendant to prepare a

23  Motion to Dismiss, and in light of Judge Calabretta's Standing Order requiring that meet-and-

24  confer efforts be exhausted before filing a motion, the Parties agreed to further extend the

25  deadline by an additional 35 days in accordance with E.D. Cal L.R. 144(a), to January 6, 2026,

26  subject to the approval of the Court.

27    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between

28  the Parties, by and through their counsel of record, as follows:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1      Subject to the approval of the Court, the deadline for Defendant to respond to

2  Plaintiff's Complaint shall be extended from December 2, 2025 to January 6, 2026.

3      IT IS SO STIPULATED.

4  Dated:                              JAMES HAWKINS APLC

5

6                              By: */s/ Lauren Falk*
                                   James R. Hawkins
7                                  Gregory Mauro
                                   Michael Calvo
8                                  Lauren Falk
                                   Ava Issary
9
                                   Attorneys for Plaintiff
10                                 BARBARA RENAISANCE HYPATIA BAZEMORE

11

12  Dated:                              MORGAN, LEWIS & BOCKIUS LLP

13

14                              By: */s/ Sarah Zenewicz*
                                   Eric Meckley
15                                 Sarah Zenewicz
                                   Curie Lee
16
                                   Attorneys for Defendant
17                                 ARAMARK CAMPUS LLC

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 650963822.1

- 2 -        Case No. 2:25-CV-02826-DJC-CSK
JOINT STIPULATION TO EXTEND TIME AND ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the Parties' stipulation, Defendant's deadline to answer or otherwise respond to the Complaint is continued to January 6, 2026.

**IT IS SO ORDERED.**

Dated:  December 3, 2025

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

DB2/ 650963822.1

- 3 -    Case No. 2:25-CV-02826-DJC-CSK

JOINT STIPULATION TO EXTEND TIME AND ORDER